*L. B. Mann, Robert C. Brown, Jr.,* and *Louis J. Carruthers* for respondents in No. 859 and petitioners in No. 860.

No. 900. MUSKOGEE COUNTY ET AL. *v.* UNITED STATES. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *Houston E. Hill,* Assistant Attorney General, for petitioners. *Solicitor General Fahy* for the United States.

No. 878. PRUDENTIAL INSURANCE Co. *v.* SAXE. May 3, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Benjamin S. Minor, Arthur P. Drury,* and *John E. Powell* for petitioner. *Mr. Sidney V. Smith* for respondent.

No. 837. MARTIN *v.* AMRINE, WARDEN. May 3, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Robert Martin, pro se.*

No. 841. COCHRAN *v.* KANSAS ET AL. May 3, 1943. Petition for writ of certiorari to the Supreme Court of